Richmond Circuit Circuit Court  Case No.:CL20006503-00

TAYLOR, LEKYNA         Vs      GREENWOOD MOTOR LINES INC

## TABLE OF CONTENTS

| Document Index | Date Filed | Page |
|---|---|---|
| COMPLAINT | 12/23/2020 | 1 - 9 |
| OTHER - SK/FE | 12/22/2021 | 10 - 12 |
| MOTION - P NONSUIT DOE/R&L TRANSFER | 12/22/2021 | 13 - 15 |
| CORRESPONDENCE | | 16 - 16 |
| RECEIPT 12/23/2020 2:55:03 PM.pdf | | 17 - 17 |
| ACCEPTANCE - COMPLAINT (ACCEPTANCE) - IN PERSON/NOTIFIED IN COURT - HALL, DAVID | 12/17/2021 | 18 - 19 |

**EXHIBIT 1**

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF RICHMOND

| | |
|---|---|
| LEKYNA TAYLOR, | ) |
|     Plaintiff, | ) ) ) ) |
| v. | ) Case No.: 20-6503-4 |
| GREENWOOD MOTOR LINES, INC. d/b/a R & L CARRIERS, INC., | ) ) ) ) |
| PAUL ALAN VAN DER WERKEN, | ) ) |
| JOHN DOE, an unidentified driver, | ) ) |
| R&L TRANSFER, LLC, and | ) ) |
| R&L TRANSFER, INC. | ) ) |
|     Defendants. | ) |

RECEIVED AND FILED
CIRCUIT COURT

DEC 23 2020

EDWARD F. JEWETT, CLERK
BY_____ D.C.

## COMPLAINT

NOW COMES the Plaintiff, Lekyna Taylor, by counsel, and respectfully moves this Honorable Court for judgment against the Defendants Greenwood Motor Lines, Inc. d/b/a R & L Carriers, Inc., R&L Transfer, LLC, R&L Transfer, Inc., and Paul Alan Van Der Werken and/or John Doe, an unidentified driver, jointly and severally, in the sum of Five Hundred Thousand Dollars ($500,000.00) in compensatory damages, together with the cost of this action, and pre-judgment interest from December 28, 2018, on the grounds set forth below:

## PARTIES

1. Plaintiff Lekyna Taylor ("Plaintiff") is an adult and for all times relevant to this matter, a domiciliary of Alabama.

2. Defendant Greenwood Motor Lines, Inc. d/b/a R & L Carriers, Inc. ("Greenwood Motor Lines") is a foreign corporation with its principal place of business in Wilmington, Ohio and is engaged in the shipping and hauling of freight.

3. Defendant Paul Alan Van Der Werken ("Van Der Werken") was the driver of the tractor-trailer involved in the subject Crash.

4. In the alternative, Defendant John Doe was the driver of the tractor-trailer involved in the subject Crash.

5. Upon information and belief, Defendant Van Der Werken is a domiciliary of Tennessee and resides in Wilson County, Tennessee.

6. Defendant R&L Transfer, LLC is a foreign corporation with its principal place of business in Alexandria, Indiana and is engaged in the shipping and hauling of freight.

7. Defendant R&L Transfer, Inc. is a foreign corporation with its principal place of business in Wilmington, Ohio and is engaged in the shipping and hauling of freight.

8. At all times relevant hereto, Werken and/or John Doe was an employee of Defendants Greenwood Motor Lines, R&L Transfer, LLC, and/or R&L Transfer, Inc. acting within the scope of his employment.

## FACTUAL ALLEGATIONS

9. On or about December 28, 2018, Plaintiff was the driver of a 2019 Nissan Sonata and was traveling southbound on Interstate-81 in Rockbridge County, Virginia.

10. At the same time and place, while acting within the scope of his employment/ agency with Defendants Greenwood Motor Lines, R&L Transfer, LLC, and/or R&L Transfer, Inc., Defendant Van Der Werken was driving a tractor-trailer, owned by Defendants Greenwood Motor

Lines, R&L Transfer, LLC, and/or R&L Transfer, Inc. southbound on Interstate-81 in Rockbridge County, Virginia.

11. In the alternative, at the same time and place, while acting within the scope of his employment/agency with Defendants Greenwood Motor Lines, R&L Transfer, LLC, and/or R&L Transfer, Inc., Defendant John Doe, an unidentified motorist, was driving a tractor-trailer, owned by Defendants Greenwood Motor Lines, R&L Transfer, LLC, and/or R&L Transfer, Inc. southbound on Interstate-81 in Rockbridge County, Virginia.

12. Defendant Van Der Werken unlawfully failed to yield the right of way when he allowed the tractor-trailer he was operating to enter the lane occupied by Plaintiff Lekyna Taylor's vehicle. In doing so, Defendant Van Der Werken struck the passenger side of that vehicle, causing it to become attached to the trailer he was operating.

13. In the alternative, Defendant John Doe unlawfully failed to yield the right of way when he allowed the tractor-trailer he was operating to enter the lane occupied by Plaintiff Lekyna Taylor's vehicle. In doing so, Defendant John Doe struck the passenger side of that vehicle, causing it to become attached to the trailer he was operating.

14. The impact between the tractor-trailer and the Plaintiff's vehicle caused the Plaintiff's vehicle to strike the guard rail, rotate across the highway and then strike the jersey wall twice.

15. Paragraphs 10 and 11 shall be collectively referred to hereinafter as "the Crash."

16. As a result of the Crash, Plaintiff suffered multiple, serious injuries.

3

Page 3

## CAUSES OF ACTION
### COUNT 1
### NEGLIGENCE
### (All Defendants)

17. The Plaintiff hereby incorporates by reference, as if fully set forth herein, each and every allegation asserted in the preceding and following paragraphs, including each and every factual and legal allegation hereinbefore and hereinafter alleged, and hereby re-adopts and re-alleges each such allegation.

18. Van Der Werken and/or John Doe was negligent for failing to keep a proper lookout while operating his tractor-trailer, for failing to keep his tractor-trailer under proper control, for causing his tractor-trailer to crash into the vehicle occupied by Plaintiff, which proximately caused, for failing to comply with the state laws and/or ordinances applicable to individuals operating motor vehicles in the Commonwealth of Virginia, and for otherwise being negligent in the operation of his tractor-trailer.

19. Van Der Werken's and/or John Doe's actions constitute negligence, negligence *per se*, gross negligence, and/or willful and wanton negligence.

20. Defendants Greenwood Motor Lines, R&L Transfer, LLC, and R&L Transfer, Inc. are liable for the negligence, negligence *per se*, gross negligence, and/or willful and wanton negligence of Van Der Werken and/or John Doe.

21. The negligence, negligence *per se*, gross negligence, and/or willful and wanton negligence of Van Der Werken and/or John Doe, and Defendants Greenwood Motor Lines, R&L Transfer, LLC, and R&L Transfer, Inc., was a proximate cause of the Crash and Plaintiff's damages.

4

## DAMAGES

22. The Plaintiff hereby incorporated by reference, as if fully set forth herein, each and every allegation asserted in the preceding and following paragraphs, including each and every factual and legal allegation hereinbefore and hereinafter alleged, and hereby re-adopts and re-alleges each such allegation.

23. As a direct and proximate result of the Defendants' negligence, negligence *per se*, gross negligence, and/or willful and wanton negligence, the Plaintiff suffered damages in the following particulars:

   a. Bodily injuries both permanent and nonpermanent in nature which have affected the Plaintiff's health;

   b. Past, present and future physical pain;

   c. Past, present, and future mental anguish;

   d. Past, present and future inconvenience;

   e. Past, present, and future deformity and disfigurement and related embarrassment;

   f. Past, present and future medical expenses;

   g. Past, present and future lost earnings and a lessening of earning capacity; and

   h. Other out-of-pocket expenses and damages resulting from this occurrence.

WHEREFORE, the Plaintiff demands judgment against Defendants Greenwood Motor Lines, Inc. d/b/a R & L Carriers, Inc., R&L Transfer, LLC, and R&L Transfer, Inc., and Paul Alan Van Der Werken and/or John Doe, jointly and severally, in the sum of Five Hundred Thousand Dollars ($500,000.00) in compensatory damages, together with the cost of this action, and pre-judgment interest from December 28, 2018.

**A TRIAL BY JURY IS HEREBY DEMANDED**

LEKYNA TAYLOR

By: _____
Of Counsel

Connor Bleakley, Esq. (VSB #92113)
Commonwealth Law Group, LLC
3311 West Broad Street
Richmond, VA 23230
Phone: (804) 201-4969
Facsimile: (804) 201-4969
cbleakley@hurtinva.com
*Counsel for Plaintiff*

**COVER SHEET FOR FILING CIVIL ACTIONS**
COMMONWEALTH OF VIRGINIA

Case No. ..........................
(CLERK'S OFFICE USE ONLY)

Richmond City ........................... Circuit Court

Lekyna Taylor  v./In re: Greenwood Motor Lines, Inc., Paul Alan Van Der Werken
PLAINTIFF(S)                                      DEFENDANT(S)
John Doe, R&L Transfer, LLC, R&L Transfer, Inc.

I, the undersigned [ ] plaintiff [ ] defendant [X] attorney for [X] plaintiff [ ] defendant hereby notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

**GENERAL CIVIL**
**Subsequent Actions**
[ ] Claim Impleading Third Party Defendant
  [ ] Monetary Damages
  [ ] No Monetary Damages
[ ] Counterclaim
  [ ] Monetary Damages
  [ ] No Monetary Damages
[ ] Cross Claim
[ ] Interpleader
[ ] Reinstatement (other than divorce or driving privileges)
[ ] Removal of Case to Federal Court

**Business & Contract**
[ ] Attachment
[ ] Confessed Judgment
[ ] Contract Action
[ ] Contract Specific Performance
[ ] Detinue
[ ] Garnishment

**Property**
[ ] Annexation
[ ] Condemnation
[ ] Ejectment
[ ] Encumber/Sell Real Estate
[ ] Enforce Vendor's Lien
[ ] Escheatment
[ ] Establish Boundaries
[ ] Landlord/Tenant
  [ ] Unlawful Detainer
[ ] Mechanics Lien
[ ] Partition
[ ] Quiet Title
[ ] Termination of Mineral Rights

**Tort**
[ ] Asbestos Litigation
[ ] Compromise Settlement
[ ] Intentional Tort
[ ] Medical Malpractice
[X] Motor Vehicle Tort
[ ] Product Liability
[ ] Wrongful Death
[ ] Other General Tort Liability

**ADMINISTRATIVE LAW**
[ ] Appeal/Judicial Review of Decision of (select one)
  [ ] ABC Board
  [ ] Board of Zoning
  [ ] Compensation Board
  [ ] DMV License Suspension
  [ ] Employee Grievance Decision
  [ ] Employment Commission
  [ ] Local Government
  [ ] Marine Resources Commission
  [ ] School Board
  [ ] Voter Registration
  [ ] Other Administrative Appeal

**DOMESTIC/FAMILY**
[ ] Adoption
  [ ] Adoption – Foreign
[ ] Adult Protection
[ ] Annulment
  [ ] Annulment – Counterclaim/Responsive Pleading
[ ] Child Abuse and Neglect – Unfounded Complaint
[ ] Civil Contempt
[ ] Divorce (select one)
  [ ] Complaint – Contested*
  [ ] Complaint – Uncontested*
  [ ] Counterclaim/Responsive Pleading
  [ ] Reinstatement – Custody/Visitation/Support/Equitable Distribution
[ ] Separate Maintenance
  [ ] Separate Maintenance Counterclaim

**WRITS**
[ ] Certiorari
[ ] Habeas Corpus
[ ] Mandamus
[ ] Prohibition
[ ] Quo Warranto

**PROBATE/WILLS AND TRUSTS**
[ ] Accounting
[ ] Aid and Guidance
[ ] Appointment (select one)
  [ ] Guardian/Conservator
  [ ] Standby Guardian/Conservator
  [ ] Custodian/Successor Custodian (UTMA)
[ ] Trust (select one)
  [ ] Impress/Declare/Create
  [ ] Reformation
[ ] Will (select one)
  [ ] Construe
  [ ] Contested

**MISCELLANEOUS**
[ ] Amend Death Certificate
[ ] Appointment (select one)
  [ ] Church Trustee
  [ ] Conservator of Peace
  [ ] Marriage Celebrant
[ ] Approval of Transfer of Structured Settlement
[ ] Bond Forfeiture Appeal
[ ] Declaratory Judgment
[ ] Declare Death
[ ] Driving Privileges (select one)
  [ ] Reinstatement pursuant to § 46.2-427
  [ ] Restoration – Habitual Offender or 3rd Offense
[ ] Expungement
[ ] Firearms Rights – Restoration
[ ] Forfeiture of Property or Money
[ ] Freedom of Information
[ ] Injunction
[ ] Interdiction
[ ] Interrogatory
[ ] Judgment Lien-Bill to Enforce
[ ] Law Enforcement/Public Official Petition
[ ] Name Change
[ ] Referendum Elections
[ ] Sever Order
[ ] Taxes (select one)
  [ ] Correct Erroneous State/Local
  [ ] Delinquent
[ ] Vehicle Confiscation
[ ] Voting Rights – Restoration
[ ] Other (please specify) .....................

RECEIVED AND FILED
CIRCUIT COURT
DEC 23 2020
EDWARD F. JEWETT, CLERK
BY_____ D.C.

[ ] Damages in the amount of $ 500,000.00 are claimed.

12/23/2020
DATE

[ ] PLAINTIFF  [ ] DEFENDANT  [X] ATTORNEY FOR  [X] PLAINTIFF
                                                    [ ] DEFENDANT

Connor Bleakley
PRINT NAME

3311 W Broad St. Richmond VA 23230
ADDRESS/TELEPHONE NUMBER OF SIGNATOR

804-201-4969

cbleakley@hurtinva.com
EMAIL ADDRESS OF SIGNATOR (OPTIONAL)

*"Contested" divorce means any of the following matters are in dispute: grounds of divorce, spousal support and maintenance, child custody and/or visitation, child support, property distribution or debt allocation. An "Uncontested" divorce is filed on no fault grounds and none of the above issues are in dispute.

FORM CC-1416 (MASTER) PAGE ONE 07/16

Page 7

## Civil Action Type Codes
### (Clerk's Office Use Only)

| | |
|---|---|
| Accounting | ACCT |
| Adoption | ADOP |
| Adoption – Foreign | FORA |
| Adult Protection | PROT |
| Aid and Guidance | AID |
| Amend Death Certificate | ADC |
| Annexation | ANEX |
| Annulment | ANUL |
| Annulment – Counterclaim/Responsive Pleading | ACRP |
| Appeal/Judicial Review | |
|    ABC Board | ABC |
|    Board of Zoning | ZONE |
|    Compensation Board | ACOM |
|    DMV License Suspension | JR |
|    Employment Commission | EMP |
|    Employment Grievance Decision | GRV |
|    Local Government | GOVT |
|    Marine Resources | MAR |
|    School Board | JR |
|    Voter Registration | AVOT |
|    Other Administrative Appeal | AAPL |
| Appointment | |
|    Conservator of Peace | COP |
|    Church Trustee | AOCT |
|    Custodian/Successor Custodian (UTMA) | UTMA |
|    Guardian/Conservator | APPT |
|    Marriage Celebrant | ROMC |
|    Standby Guardian/Conservator | STND |
| Approval of Transfer of Structured Settlement | SS |
| Asbestos Litigation | AL |
| Attachment | ATT |
| Bond Forfeiture Appeal | BFA |
| Child Abuse and Neglect – Unfounded Complaint | CAN |
| Civil Contempt | CCON |
| Claim Impleading Third Party Defendant – Monetary Damages/No Monetary Damages | CTP |
| Complaint – (Miscellaneous) | COM |
| Compromise Settlement | COMP |
| Condemnation | COND |
| Confessed Judgment | CJ |
| Contract Action | CNTR |
| Contract Specific Performance | PERF |
| Counterclaim – Monetary Damages/No Monetary Damages | CC |
| Cross Claim | CROS |
| Declaratory Judgment | DECL |
| Declare Death | DDTH |
| Detinue | DET |
| Divorce | |
|    Complaint – Contested/Uncontested | DIV |
|    Counterclaim/Responsive Pleading | DCRP |
|    Reinstatement – Custody/Visitation/Support/ Equitable Distribution | CVS |
| Driving Privileges | |
|    Reinstatement pursuant to § 46.2-427 | DRIV |
|    Restoration – Habitual Offender or 3rd Offense | REST |
| Ejectment | EJET |
| Encumber/Sell Real Estate | RE |
| Enforce Vendor's Lien | VEND |
| Escheatment | ESC |
| Establish Boundaries | ESTB |
| Expungement | XPUN |
| Forfeiture of Property or Money | FORF |
| Freedom of Information | FOI |
| Garnishment | GARN |
| Injunction | INJ |
| Intentional Tort | ITOR |
| Interdiction | INTD |
| Interpleader | INTP |
| Interrogatory | INTR |
| Judgment Lien – Bill to Enforce | LIEN |
| Landlord/Tenant | LT |
| Law Enforcement/Public Official Petition | LEP |
| Mechanics Lien | MECH |
| Medical Malpractice | MED |
| Motor Vehicle Tort | MV |
| Name Change | NC |
| Other General Tort Liability | GTOR |
| Partition | PART |
| Permit, Unconstitutional Grant/Denial by Locality | LUC |
| Petition – (Miscellaneous) | PET |
| Product Liability | PROD |
| Quiet Title | QT |
| Referendum Elections | ELEC |
| Reinstatement (Other than divorce or driving privileges) | REIN |
| Removal of Case to Federal Court | REM |
| Restore Firearms Rights – Felony | RFRF |
| Restore Firearms Rights – Review | RFRR |
| Separate Maintenance | SEP |
| Separate Maintenance – Counterclaim/Responsive Pleading | SCRP |
| Sever Order | SEVR |
| Taxes | |
|    Correct Erroneous State/Local | CTAX |
|    Delinquent | DTAX |
| Termination of Mineral Rights | MIN |
| Trust – Impress/Declare/Create | TRST |
| Trust – Reformation | REFT |
| Uniform Foreign Country Money Judgments | RFCJ |
| Unlawful Detainer | UD |
| Vehicle Confiscation | VEH |
| Voting Rights – Restoration | VOTE |
| Will Construction | CNST |
| Will Contested | WILL |
| Writs | |
|    Certiorari | WC |
|    Habeas Corpus | WHC |
|    Mandamus | WM |
|    Prohibition | WP |
|    Quo Warranto | WQW |
| Wrongful Death | WD |

FORM CC-1416 (MASTER) PAGE TWO 07/16



Commonwealth Law Group
3311 W. Broad Street
Richmond, VA 23230

Tel: 804.999.9999
Fax: 866.238.6415
hurtinva.com

December 23, 2020

Dana C. Sullivan
dsullivan@hurtinva.com

Seth R. Carroll
scarroll@hurtinva.com

Lauren B. Carroll
lcarroll@hurtinva.com

Elyse H. Stiner
estiner@hurtinva.com

Matthew W. Lastrapes
mlastrapes@hurtinva.com

Mark D. Dix
mdix@hurtinva.com

Jamie L. Karek
jkarek@hurtinva.com

Connor S. Bleakley
cbleakley@hurtinva.com

Daniel Y. J. Park
dpark@hurtinva.com

Dustin S. Carter
dcarter@hurtinva.com

Via Hand Delivery
Hon. Edward F. Jewett
Richmond City Circuit Court
400 North Ninth Street
Richmond, VA 23219

RE:   Lekyna D. Taylor v. Paul A. Van Der Werken, et. al.
      Case No.:  Unknown

Dear Mr. Jewett:

Enclosed for filing, please find the following:

1. Original Complaint with one copy;

2. Civil Cover Sheet;

3. This firm's check in the amount of $301.00; and

At this time, **we are not requesting service of the complaint**. When the matter is ready to be served, we will contact the court and arrange for pickup by a private process server.

Thank you for your time and consideration in this matter. If you have any questions, please do not hesitate to call me.

Very truly yours,

Connor Bleakley, Esq.

Enclosure

RECEIVED AND FILED
CIRCUIT COURT

DEC 23 2020

EDWARD F. JEWETT, CLERK
BY: _____ D.C.

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF RICHMOND

LEKYNA TAYLOR,                                    )
                                                  )
    Plaintiff,                                    )
                                                  )
v.                                                )   Case No.: CL20006503
                                                  )
GREENWOOD MOTOR LINES, INC.,                      )
et. al.                                           )
                                                  )
    Defendants.                                   )

### ORDER OF NONSUIT AS TO JOHN DOE, R&L TRANSFER, LLC, AND R&L TRANSFER, INC.

THIS MATTER came before the Court his day upon the motion of the plaintiff, Lekyna Taylor, by counsel, for a voluntary nonsuit in this case pursuant to Virginia Code § 8.01-380 as to Defendants John Doe, R&L Transfer, LLC, and R&L Transfer, Inc, and it appearing to the Court that said motion for voluntary nonsuit should be granted, and further that no prior nonsuit has been filed and that no counter, cross claim, or third party action is pending in this action, it is hereby

ORDERED that this cause be and hereby is dismissed as to John Doe, R&L Transfer, LLC, and R&L Transfer, Inc., without prejudice.

AND THIS MATTER is continued for further proceedings against Defendants Paul Alan Van Der Werken and Greenwood Motor Lines, Inc.

ENTERED this _____ day of December, 2021.

                                                                                 _____
                                                                                  Judge

I ASK FOR THIS:

*[signature]*

Connor Bleakley, Esq. (VSB #92113)
Commonwealth Law Group, LLC
3311 West Broad Street
Richmond, VA 23230
Phone: (804) 201-4969
Facsimile: (804) 201-4969
cbleakley@hurtinva.com
*Counsel for Plaintiff*

SEEN:

*[signature] Seen*

Dov M. Szego (VSB 44586)
Wilson Elser Moskowitz Edelman & Dicker LLP
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
703.245.9300 (Main)
703.245.9301 (Fax)
dov.szego@wilsonelser.com
    and
David Hall
Wilson Elser Moskowitz Edelman & Dicker, LLP
1500 Urban Center Drive, Suite 450
Birmingham, AL 35242
Phone: (205) 709-8990
Facsimile: (205) 709-8979
David.Hall@wilsonelser.com
    *Counsel for Defendants Van Der Werken and Greenwood Motor Lines.*

RECEIVED AND FILED
CIRCUIT COURT
DEC 2 2 2021
EDWARD F. JEWETT, CLERK
BY D.C.

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF RICHMOND

LEKYNA TAYLOR, )
)
    Plaintiff, )
)
v. ) Case No.: CL20006503
)
GREENWOOD MOTOR LINES, INC. )
d/b/a R & L CARRIERS, INC., )
)
PAUL ALAN VAN DER WERKEN, )
)
JOHN DOE, an unidentified driver, )
)
R&L TRANSFER, LLC, and )
)
R&L TRANSFER, INC. )
)
    Defendants. )

RECEIVED AND FILED
CIRCUIT COURT
DEC 2 2 2021
EDWARD F. JEWETT, CLERK
BY_____ D.C.

## MOTION TO NONSUIT DEFENDANTS JOHN DOE R&L TRANSFER, LLC AND R&L TRANSFER, INC.

Plaintiff, Lekyna Taylor, by counsel, moves to nonsuit Defendants John Doe, R&L Transfer, LLC and R&L Transfer, Inc., and as grounds therefore, says as follows:

1. On December 23, 2020, Plaintiff filed a complaint against Greenwood Motor Lines, Inc., Paul Alan Van Der Werken, John Doe, R&L Transfer LLC, and R&L Transfer, Inc.

2. No defendant has filed a counterclaim, cross claim, or third party claim to said complaint.

3. Plaintiff has not previously taken a nonsuit in this Court or in any other Court on this cause of action.

4. Defendants Greenwood Motor Lines, Paul Alan Van Der Werken, and R&L Transfer, Inc., are represented by counsel, who does not object to this motion.

5. Defendants John Doe and R&L Transfer, LLC, are not represented by counsel and have not been served. Upon information and belief, R&L Transfer, LLC, does not exist.

6. Plaintiff does not move for a nonsuit against the remaining defendants, Paul Alan Van Der Werken and Greenwood Motor Lines, Inc.

WHEREFORE, Plaintiff Lekyna Taylor moves that this action against Defendants John Doe, R&L Transfer, LLC, and R&L Transfer, Inc., be dismissed without prejudice to the bringing of another action concerning any of the matters involved therein.

LEKYNA TAYLOR

By: /s/ Connor Bleakley
Of Counsel

Connor Bleakley, Esq. (VSB #92113)
Commonwealth Law Group, LLC
3311 West Broad Street
Richmond, VA 23230
Phone: (804) 201-4969
Facsimile: (804) 201-4969
cbleakley@hurtinva.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2021, a true and correct copy of the foregoing motion was emailed to the following:

David Hall
Dov Szego
Wilson Elser Moskowitz Edelman & Dicker, LLP
1500 Urban Center Drive, Suite 450
Birmingham, AL 35242
Phone: (205) 709-8990
Facsimile: (205) 709-8979
David.Hall@wilsonelser.com
Dov.Szego@wilsonelser.com
*Counsel for Defendants Van Der Werken, Greenwood Motor Lines, and R&L Transfer, Inc.*



**CLG**
Commonwealth
Law Group

Commonwealth Law Group
3311 W. Broad Street
Richmond, VA 23230

Tel: 804.999.9999
Fax: 866.238.6415
hurtinva.com

December 21, 2021

Via Fax to 804-646-7274
Hon. Edward F. Jewett
Richmond City Circuit Court
400 North Ninth Street
Richmond, VA 23219

Dana C. Sullivan
dsullivan@hurtinva.com

Seth R. Carroll
scarroll@hurtinva.com

Lauren B. Carroll
lcarroll@hurtinva.com

Elyse H. Stiner
estiner@hurtinva.com

Matthew W. Lastrapes
mlastrapes@hurtinva.com

Mark D. Dix
mdix@hurtinva.com

Jamie L. Karek
jkarek@hurtinva.com

Connor S. Bleakley
cbleakley@hurtinva.com

Daniel Y. J. Park
dpark@hurtinva.com

Dustin S. Carter
dcarter@hurtinva.com

RE:  Lekyna D. Taylor v. Paul A. Van Der Werken, et. al.
     Case No.:  CL20006503

Dear Mr. Jewett:

Enclosed for filing, please find attached a motion for nonsuit and attached order signed by counsel. If you have any questions or concerns, please do not hestitate to contact me. Thank you for your assistance.

Very truly yours,

Connor Bleakley, Esq.

Enclosure



**Commonwealth Law Group**
3311 W. Broad Street
Richmond, VA 23230

Tel: 804.999.9999
Fax: 866.238.6415
hurtinva.com

Dana C. Sullivan
dsullivan@hurtinva.com

Seth R. Carroll
scarroll@hurtinva.com

Lauren B. Carroll
lcarroll@hurtinva.com

Elyse H. Stiner
estiner@hurtinva.com

Matthew W. Lastrapes
mlastrapes@hurtinva.com

Mark D. Dix
mdix@hurtinva.com

Jamie L. Karek
jkarek@hurtinva.com

Connor S. Bleakley
cbleakley@hurtinva.com

Daniel Y. J. Park
dpark@hurtinva.com

Dustin S. Carter
dcarter@hurtinva.com

December 17, 2021

Via Hand Delivery
Hon. Edward F. Jewett
Richmond City Circuit Court
400 North Ninth Street
Richmond, VA 23219



RE: Lekyna D. Taylor v. Paul A. Van Der Werken, et. al.
Case No.: CL20006503
<u>URGENT</u>

Dear Mr. Jewett:

Please find enclosed two copies of the Complaint for service upon counsel of record for Defendants Paul Van Der Werken and Greenwood Motor Lines, Inc. Please prepare the complaint for service against the Defendants upon their counsel of record, David Hall:

David Hall
Wilson Elser Moskowitz Edelman & Dicker, LLP
1500 Urban Center Drive, Suite 450
Birmingham, AL 35242

Once the complaint and summons are prepared for service, I will serve it directly on counsel for the defendants, who has previously agreed to accept service of the complaint by email. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Connor Bleakley, Esq.

Enclosure

# OFFICIAL RECEIPT
## RICHMOND CITY CIRCUIT COURT
## CIVIL

**DATE:** 12/23/2020  **TIME:** 14:54:20
**RECEIPT #:** 20000047181  **TRANSACTION #:** 20122300171  **CASE #:** 760CL2000650300
**CASHIER:** CLP  **REGISTER #:** D869  **FILING TYPE:** MV
**CASE COMMENTS:** TAYLOR, LEKYNA v. GREENWOOD MOTOR LINES IN
**SUIT AMOUNT:** $500,000.00
**ACCOUNT OF:** TAYLOR, LEKYNA
**PAID BY:** COMMONWEALTH LAW GROUP, PLLC
**CHECK:** $301.00  **CHECK NUMBER:** 13063
**DESCRIPTION 1:** MV:MOTOR VEHICLE
**2:** PLAINTIFF: TAYLOR, LEKYNA
**3:** NO HEARING SCHEDULED

**PAYMENT:** FULL PAYMENT

| ACCOUNT CODE | DESCRIPTION | PAID |
|---|---|---|
| 049 | WRIT TAX (CIVIL) | $25.00 |
| 106 | TECHNOLOGY TRST FND | $5.00 |
| 123 | LEGAL AID SERVICES | $9.00 |
| 147 | INDIGENT ASSISTANCE (INA) | $1.00 |
| 170 | COURT TECHNOLOGY FUND | $10.00 |
| 219 | LAW LIBRARY | $4.00 |
| 229 | COURTHOUSE MAINTENANCE FEE (CHMF) | $2.00 |
| 304 | CIVIL FILING FEE (LAW & EQUITY) | $240.00 |
| 426 | PAPER SUBMISSION/COPY FEE | $5.00 |

**TENDERED: $** 301.00
**AMOUNT PAID: $** 301.00

Page 1 of 1   **CLERK OF COURT:** EDWARD F. JEWETT

Receipt : 20000047181

# COMMONWEALTH OF VIRGINIA



RICHMOND CITY CIRCUIT COURT
Civil Division
400 NORTH 9TH STREET
RICHMOND VA 23219

RECEIVED AND FILED
CIRCUIT COURT
DEC 22 2021
EDWARD F. JEWETT, CLERK
BY _____ D.C.

Proof of Service

Virginia:
In the RICHMOND CITY CIRCUIT COURT

Case number: 760CL20006503-00
Service number: 001
Service filed: December 23, 2020
Judge:

Served by: ACCEPTANCE
Style of case: LEKYNA TAYLOR vs GREENWOOD MOTOR LINES INC
Service on: DAVID HALL
  WILSON ELSER MOSKOWITZ
  EDELMAN & DICKER, LLP
  1500 URBAN CENTER DRIVE,
  SUITE 450
  BIRMINGHAM AL 35242

Attorney: BLEAKLEY, CONNOR
3311 WEST BROAD STREET
RICHMOND VA 23230
804.999.9999

Instructions:

Returns shall be made hereon, showing service of Summons issued Friday, December 17, 2021 with a copy of the Complaint filed Wednesday, December 23, 2020 attached.

Hearing date :
Service issued: Friday, December 17, 2021

State of: Alabama
County/City of: Jefferson   To-Wit:
I, DAVID HALL, the defendant in the above styled Complaint now pending in the RICHMOND CITY CIRCUIT COURT do hereby accept Service Of Process, consisting of a copy of the Complaint attached thereto and notice on this the 17th day of December, 2021.

_David B Hall_
(Defendant)
Attorney for Defendants

Subscribed and sworn to before the undersigned:
_Vickie Bell_   or   _____
Notary signature (seal if out of state)      (Clerk/Deputy Clerk)
My commission expires: 10/13/2024

Page 18



Commonwealth Law Group
3311 W. Broad Street
Richmond, VA 23230

Tel: 804.999.9999
Fax: 866.238.6415
hurtinva.com

**CLG**
Commonwealth
Law Group

December 22, 2021

RECEIVED AND FILED
CIRCUIT COURT
DEC 2 2 2021
EDWARD F. JEWETT, CLERK
BY _____ D.C.

Via Facisimile (804) 646-6562
Hon. Edward F. Jewett
400 North Ninth Street
John Marshall Courts Building
Richmond, VA 23219

Dana C. Sullivan
dsullivan@hurtinva.com

Seth R. Carroll
scarroll@hurtinva.com

Lauren B. Carroll
lcarroll@hurtinva.com

Elyse H. Stiner
estiner@hurtinva.com

Matthew W. Lastrapes
mlastrapes@hurtinva.com

Mark D. Dix
mdix@hurtinva.com

Jamie L. Karek
jkarek@hurtinva.com

Connor S. Bleakley
cbleakley@hurtinva.com

Daniel Y. J. Park
dpark@hurtinva.com

Dustin S. Carter
dcarter@hurtinva.com

RE: Lekyna D. Taylor v. Paul A. Van Der Werken, et. al.
Case No.: CL20006503-00

Dear Ms. Temple:

Enclosed for filing, please find an executed Proof of Service.

Thank you for your time and consideration in this matter. If you have any questions, please do not hesitate to call me.

Very truly yours,

Connor Bleakley, Esq.

Enclosure